

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2014

No. 04-14-00618-CR

Thomas **LITTLE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0698-CR-C
Honorable William Old, Judge Presiding

## O R D E R

Thomas Little filed a notice of appeal on August 21, 2014. The clerk of the trial court has notified this court that Little's retained counsel has been allowed to withdraw and that Little has expressed a desire to proceed pro se on appeal.

We **abate** this appeal and **order** the trial court to conduct a hearing on the record to:

1) fully admonish appellant of the dangers and disadvantages of self-representation, including advising appellant that he will be required to comply with all the relevant rules of appellate procedure and advising Little that the court of appeals will not grant excessive extensions of time so that Little may retain counsel at a later stage in the appeal;

2) develop evidence as to whether appellant's decision to relinquish benefits associated with counsel and proceed pro se is knowingly and intelligently made;

3) make inquiry to determine whether Little is indigent and entitled to a free record on appeal; if Little is not indigent, the trial court should advise him that he is required to make timely arrangements with the trial court clerk and the court reporter to pay for the record so that it may be filed in this court by October 6, 2014, the date the record is due; and

4) make findings of fact and conclusions of law as to whether appellant's decision to proceed pro se is knowingly and intelligently made and whether appellant is indigent.

We **order** the trial court to direct the trial court clerk and the court reporter to file in this court, no later than **October 13, 2014** (1) a reporter's record of the hearing, and (2) a supplemental clerk's record containing the court's written findings of fact, conclusions of law.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court